# UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CHAMBERS

**NOEL L. HILLMAN**

JUDGE

MITCHELL H. COHEN U.S. COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH AND COOPER STREETS, ROOM 6020
P. O. BOX 2706
CAMDEN, NEW JERSEY 08101-2706

May 15, 2007

<u>Via Regular Mail</u>
Committee on Financial Disclosure
c/o Administrative Office of the U.S. Court
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

> Re: Addendum to 2006 AO-10

Please accept this letter as an addendum to my 2006 AO-10 filed today. Kindly note that items 15, 18, and 19 of section VII were omitted from my previously filed AO-10 in error.

NLH:lp
Enc.

RECEIVED
2007 MAY 21 P 12: 05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA Savings Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hillman, Noel L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K - TIAA Traditional | A | Interest | J | T | | | | | |
| 2. 401K - TIAA Real Estate | A | Dividend | J | T | | | | | |
| 3. 401k - CREF - Money Market | A | Interest | J | T | | | | | |
| 4. 401K - CREF - Social Choice | A | Dividend | J | T | | | | | |
| 5. 401K - CREF - Bond Market | A | Interest | J | T | | | | | |
| 6. 401K - CREF - Equity Index | A | Dividend | J | T | | | | | |
| 7. UTMA-NJ - USAA Money Market | A | Dividend | J | T | | | | | |
| 8. UTMA-NJ - USAA Aggressive Growth Fund | A | None | J | T | | | | | |
| 9. UTMA-NJ - USAA Aggressive Growth | A | None | J | T | | | | | |
| 10. UTMA-NJ - USAA First Start Growth Fund | A | Dividend | J | T | | | | | |
| 11. USAA Short-Term Bond Fund | A | Dividend | J | T | Sell | 06/26 | J | A | |
| 12. IRA - Old Mutual Cash Reserves | A | Interest | J | T | | | | | |
| 13. IRA - Old Mutual Tech & Comm | A | None | J | T | | | | | |
| 14. IRA - Old Mutual Mid Cap Fund | B | Dividend | J | T | | | | | |
| 15. Fidelity Education 529 Unique 2012(X) | A | None | J | T | | | | | |
| 16. Fidelity Cash Reserves | A | Interest | J | T | Open | 10/11 | J | | |
| 17. Wachovia Money Market | A | Interest | K | T | Open | 08/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hillman, Noel L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Education IRA FBR Small Cap Financial Fund (X) | A | None | J | T | | | | | |
| 19. Schwab Education IRA FBR Small Cap Financial Fund (X) | A | None | J | T | | | | | |
| 20. Gibbons Thrift c/o T. Rowe Price - Ariel Fund | B | Dividend | J | T | Rollover | 09/13 | J | | |
| 21. Gibbons Thrift c/o T. Rowe Price - Equity Income | A | Dividend | J | T | Rollover | 09/13 | J | | |
| 22. Gibbons Thrift c/o T. Rowe Price - Spectrum Income | B | Dividend | K | T | Rollover | 09/13 | K | | |
| 23. Gibbons Thrift c/o T. Rowe Price - Prime Reserve | A | Dividend | J | T | Rollover | 09/13 | J | | |
| 24. T. Rowe Price - Equity Income Rollover IRA | B | Dividend | K | T | Open | 09/13 | K | | |
| 25. T. Rowe Price - Spectrum Income Rollover IRA | A | Dividend | K | T | Open | 09/13 | K | | |
| 26. T. Rowe Price - Prime Reserve Money Market Rollover IRA | A | Interest | J | T | Open | 09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III - Income exempt from disclosure, Section 102(a)(1)(A) - Federal Sala y

Part VII - Items 20 to 23 rolled over to new accounts at same fi m (items 24 to 26) to disassociate from █████ ormer employer.

| Name of Person Reporting | Date of Report |
|---|---|
| Hillman, Noel L | 05/14/2007 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date 5/14/07

IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544